IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TENILLE CROSBY, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 17-3166 |
| KEVIN K. MCALEENAN,[1] | § § | |
| Defendant. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed <u>de novo</u> the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 20) dated June 10, 2019, the objections thereto, and the response to the objections, the court concludes that said Memorandum and Recommendation should be and is hereby **ADOPTED** by the court.

The Clerk shall send copies of this Order to the parties.

**SIGNED** on this the 12th day of July, 2019, in Houston, Texas.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Acting Secretary of Homeland Security Kevin K. McAleenan has been substituted for Kirstjen Nielsen.